# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2770
LT Case No. 2021-CA-000532

_____

SCOTT CALLARI and BRIGITTE
CALLARI,

Appellants,

v.

CITIZENS PROPERTY INSURANCE
CORPORATION,

Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Donald E. Scaglione, Judge.

Chad A. Barr, of Chad Barr Law, Altamonte Springs, for
Appellants.

Daniel S. Weinger, of Luks, Santaniello, Petrillo, Cohen &
Peterfriend, Fort Lauderdale, for Appellee.

August 30, 2024

ON CONFESSION OF ERROR

PER CURIAM.

Appellants appeal the final summary judgment entered in
favor of Appellee. Appellee has filed a confession of error. We

accept the confession of error, reverse the judgment, and remand for further proceedings.

REVERSED and REMANDED for further proceedings.

MAKAR, KILBANE, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____